UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK HEE RUESCH
  PLAINTIFF

VS.

JAMES A. GOODHUE
JOSEPH GRAY
  DEFENDANTS

MOTION FOR REVIEW BY DIFFEREN
JUSTICE

CASE NO: 00-CV-12163-NG
         02-CV-12382-NG
         03-CV-12036-NG

All denied by Justice Nancy Gertner and plaintiff would like to ask this court to allow to review by different justice.

Oak hee Ruesch
Oak hee Ruesch
315 Weston Rd #A3
Wellesley, MA 02482
(781)239-5231