UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK HEE RUESCH
    PLAINTIFF

VS.

James A. Goodhue
Joseph Gray, Defendants
~~Kevin Hupe~~
~~Stephen Mathews~~

### Motion for Appointment of Councel

Plaintiff, Oak hee Ruesch has environmental illness which makes plaintiff to function abnormally and mistreated, misunderstood and misadvantaged to catch defendents tricks, manipulations, fabrications and mis-leading.

Allow such matter as an accommodation to provide help to defeat the unlawful politics

Oak hee Ruesch
Oak hee Ruesch
315 Weston Rd #A3
Wellesley, MA 02482
(781) 237-5231