UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK HEE RUESCH
  PLAINTIFF

VS.

JAMES A. GOODHUE
JOSEP GRAY
  DEFENDANTS

## RESTRAINING ORDER

Plaintiff Oak hee Ruesch ask this highest court to be fair and avoid any influences, prejudice or neglegence, that three times denied plaintiff's claim.

As Pro se litigan, very handicaped to function such nostile environment and society and minority whoes status is very poor, no helper family member.

Attached exibit I, indicates for those who stocked my housing rights and other rights to seize me because they are doctors and I am only worth for their selfish ambitions to create disorders and foul practices over their responsibility towards patient.

Doctors both have restraining orders against plaintiff! Therefore, plaintiff also put restraining orders against Albert L. Sheffer, MD and Doni C. Bienfang, MD. Both have no accessibility to my legal rights.

Please allow to recieve accommodations as much as law allows to provide under the Federal Fair Housing Act As Amended. Effective March 12, 1989.

Six years of discriminations and mistreatments, I ask this court to allow fast hearing as possible. Abuse prevention.

Oak hee Ruesch
Oak hee Ruesch
315 Weston Rd #A3
Wellesley, MA 02482
(781)237-5231

Beth Israel Deaconess Medical Center/Healthcare Associates
Psychiatry
330 Brookline Avenue, Boston, MA 02215
TELEPHONE CONTACT                    Page 1

Date: 10/17/03   Signed: 10/20/03

RUESCH, OAKHEE
AGE 51
UNIT #   1439554

\# GARDIUM AD LIDUM

TELEPHONE NOTE:  I spoke with attorney, Kevin Hampe, telephone# 781-326-1084. He is the court-appointed guardian ad-litem on the eviction case that the Welleseley Housing Authority had won against her. He says that in 07/2000, there was a judgement against her for her nonpayment of her rent, but during the court proceedings, the judge was concerned about her competency and ordered evaluation. She was evaluated by psychologist, Steven Kelso, who deemed that she was incompetent to represent herself in these hearings and noted her persistence fixation on her former medical providers, so the court appointed an attorney, attorney Hampe, to help work out a deal with the housing authority so she could stay in her apartment as well as ordered a reprieve through a social service agency in Fall River. He says that Oakhee has filed multiple complaints against this decision. She has been working with an attorney Steven Matthews who works for Middlesex Legal Aid, 508-620-1830, but has gone around him on number of occasions with her file and she has also filed multiple complaints against most of the attorneys that have been involved in her case. She has also been to the court consistently saying that either her former allergist Dr. Shephard or former allergist, Dr. Bienfang, were to intervene on her behalf. Attorney Hampe thinks that both doctors now have restraining orders against her. He says that she is agitated if she does not get all of her money. The housing authority has made a number of significant exceptions that she takes exception to complaining that her multiple chemical sensitivity makes it necessary for her to havespecial accomodations. He recommends that if we are asked on her behalf to intervene for her on these legal matters that we touch base with him and with her attorney Steven Matthews.

[handwritten annotations in margins: "He is not allergist / he is Ophthalmologist / he looked up his profile by computer / to cover up doctors identity"; "spelled wrong to coverup / I spelled for him / Sheffer!"; "who is him?"]

Richard Stuver, LICSW

eScription document:1-2198585




RICHARD STUVER, LICSW



[SOURCE: OMR]


Exibit I