UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK HEE RUESCH
    PLAINTIFF

VS.

James A. Goodhue
Joseph Gray
    Defendants

## COMPLAINT

### Parties

1.) The plaintiff Oak hee Ruesch is a resident of 315 Weston Rd #A5 Wellesley, MA 02482, Norfolk County, Massachusetts and a citizen of the United States.

2.) The defendant James A. Goodhue is attorney at 40 Grove St suite 190, Wellesley, MA 02482, Norfolk County, Massachusetts.

3.) The defendant Joseph Gray is a resident of 2 Barton Rd, Wellesley, MA 02482, Norfolk County, Massachusetts.

4.) This Court has jurisdiction over this matter under Federal Fair Housing Act As Amended, Effective March 12, 1989 Sections 800, 801, 804, 805, 806, or 818 and 24 C.F.R.

1) Wrong lease made by Fic management against MHFA and DHCD's rules and regulations, Lou Malerba, director of Wellesley Housing Authority and Daniel Daily, Staff attorney South Middlesex Legal Services engaged such illegality and evicted me September 19, 1999. I live that fear still. Exibit A.

2) While I was in shelter, Boston, I made complaint to MCAD and HUD, Lou Malerba, former director Wellesley Housing Authority offered current unit, 315 Weston Rd #A3, Wellesley, MA 02482, April 26, 2000 "without any conditions", just gave me key and maintenance man dropped me off here 315 Weston Rd #A3, Wellesley, MA 02482. Due to my illness, I lose memory and I came here instead of asking to return my 4 Cedar St #302, Wellesley MA 02481. If Lou Malerba was a good director, he would help me to restore my lose, rather even harder to retaliate me because of my complaine to MCAD and HUD.

Too sick to know what was what, which was which. I came and added more chemicals; totally <u>unaccessible unit</u>; new carpet, new paint, right in Rte 9 heavy traffic intersection, cross the road gas station. tall electrick pole and lines right infront of my apartment, down stairs lady kept moth-ball, air freshner stick on the wall, sprays scented product and insecticides in hallway as well as her windows hang air freshner, so I can not open the windows. She feeds pigeons and animals; grains and seeds and nuts which are all chemicals damage my health.

I walked 4 hours to get groceries back and force because I am not able to buy shoes to meet my needs, too expensive. I have to suffer great-ly bleeding, bleeding and pain.

No refrigerator for 4 months, then gave me dirtiest, smelliest, and unuseable one. Year later gave me usuable one.

ABCD HOUSING gave Wellesley Housing Authority $750.00 June 2000. I gave Wellesley Housing Authority $460.00 March 2001 to recieve accommodations which never happen and James A. Goodhue proclaimed at the court, I did not pay any penny to Wellesley Housing Authority I paid plenty and they owe plenty if legal system works on behalf of me.

3) No help, no health and no known legal systems and politics, I had to and have to survive whatever I could hold on to and my daily lifes are fear and anxiety by the September 1999 eviction, all of sudden I was in the street never been in such situation that made me live with trama and fear, the fear and trama by the retaliation, William P. Dillon, Martin Hansberry, Lou Malerba, Richard Horran, M.D. Don C. Bien Fang, M.D. and Albert L. Sheffer, M.D. These are the ones created illegality about my housing rights that I am only worth for sex slever and no sex! you get more dires on you! Typical dawn south many African-American women had to live life for white men and I have no different than one of those had to live.

The Recent Iraq incidence, saying, untrained young people, for my experiences, no different for what I went through did not differentiate beween educate or uneducate.

5) James A. Goodhue attempted eviction to sell me to Richard Horran, M.D. June 2001, stopped because I had an advocate from Boston Lila Roberts, So Robert Bowens, Staff attorney from South Middlesex Legal Services had no choice to intervene. James A. Goodhue's illega entry to court passively not enforcement becau Se Richard Horran, M.D. influenced not to give help as needed.

6) June 2002, James A. Goodhue started again, I asked Robert Bowens, said, give them receipts to make adjustments and refered me to female attorney in his office and she denied help said, Robert Bowens wrote the letter to Housing Authoriy June 2001 and this office can not involve.

7) July 18, 2002, James A. Goodhue and Joseph Grey took me to Dedham District court. in front of first Justice Jerald Alch, I was sick and I did not prepare any of papers to present nor I was speak to counter charge James A. Goodhue's untruthfulness to the court.

Only I could : infront of Justice Alch,.. am disabled. difficult to come to court; no car, walk to train station and other train then walk to court and court house air makes me impossible to function and it is unaccessible Unit like trash dump, brocken windows and the abuser influences housing authority to harrase me about my rent. I barely survive and I need help as much as possible to get councelling.

Justice Alch showed strong emotions and any civilized government would allow looking at very sick woman who is being abused, No! His jestures only, no more words. But recieved as Justices order of claims made.

July 18. 2002 court action by James A. Goodhue was for Albert L. Sheffer, M.D. By Justice Alch's favour of me, I was glad that I will be free from Albert L. Sheffer, M.D. no more harrasement.

8) while I was free from Albert L. Sheffer, M.D. Don C. Bienfang, M.D. started to stalk and I visited his office, he put eye drops to have long waited opportunity to have pleasure from me and happened. My disorder started to write him and asked him to get me out of here.

So. James A. Goodhue sold eviction date to Don C. Bienfang M.D. and Don C. Bienfang, M.D. left me message as a constable that he will let me know how to contact him. October 28, 2002.

On October 29, 2002, I went down to Wellesley Housing Authority to speak Lou Malerba and he did not come out from his office because of the telephone conversation on 10/28/02 stated he did not do it, he recieved from constable.

Joseph Grey, I questioned that Justice did not order the claim you made and you fabricated. You owe me money. Joseph Gray said, get the lawyer and go to court! He knew, I am not able to get lawyer and every had been on their way except the MCAD and HUD complaint I made to get in 315 Weston Rd #A3, Wellesley, MA 02482—.

9) I gave Dr. Kelso release form to speak only James D. Walton psychiatrists arranged by Albert L. Sheffer, M.D. only, So I will know what plan by Albert L. Sheffer, M.D. No doubt. I am incompetent by given all the informations, letters I wrote, and what insist on Justice Alch did not ordered claim made by James A. Goodhue and Dr. Kelso should remember when he asked James A. Goodhue any paper from Wellesley Housing Authority I like see. James A. Goodhue bluntly, I do not want to give out paper! then he asked Dr. Kelso to be seen outside court room.

10) Each doctor has related mental proffessional I've seen and without any surprises each doctor can cover up their misconduct for my office visits with them fully covered by mental proffessionals that I am dillusioned or mental disorder as Dr. Kelso stated I am incompetent.

11) Exibit C, letter by L. Christine Oliver, MD to Kevin Hampe, Esq. Dr. Oliver I have been seen for 5 years and she writes letters for me, prescribe equipments I needed to relieve my symptoms and she signed PHS-ICIAN/MEDICAL OFFICER'S STATEMENT OF PATIENTS CAPABILITY TO MANAGE BENEFITS. Exibit D, E, F, and G, She changed her opinion about me who understands about environmental illness and did not defend me. I will challenge Someday about this.

12) LEGAL RECOGNITION OF MCS BY US H.U.D.
1992 US Dept. of Housing and Urban Development policy memorandum "Multiple Chemical Sensitivity Disorder and Environmental Illness as Handicaps" presents legislative history and case precedents to back up their official recognition of MCS as a physicalogical handicap requiring accommodation on a case by case basis.

This type of illness can not measure individuals disorder because of individuals different type of central nervous system and immunisystem.

Dr. Chinmun, Psychiatrist, I showed him my doctors 2 letters and 2 visits for 15 minutes each would not make a refferal for Neuro Behavioral testing because he understood MMPI will not show accurately because automatically scores physical symptoms as psychological. He was my kind of doctor and First Justice Jerald Alch as well.

13) October 17, 2003  Richard Stuver, LICSW  Beth Israel Deaconess Medical Center who's favour goes to  Don C. Bienfan, M.D for Richard Horran, M.D. Ann Webster psychologist. For Albert L. Sheffer, M.D.  James D. Walton, M.D. psychiatrist. They have net works to cover up their misconduct while I visited their office. I knew I cannot against any of these doctors whatever they do and did.

Exibit I  Richard Stuver, LICSW, I spelt to him when he asked Dr. Sheffer's name, but he stated as Dr. Shephard, for Don C. Bienfang, M.D. he looked up Dr. Bienfang's profile on his net work pretended he did not know him and he stated Dr. Bienfang as an allergist infact Dr. Bienfang is an opthalmologist at Beth Israel Deacones.

Kevin Hampe, Esq. stated, "both doctors now have restraining orders against me." While I was going around to get help to make stop their misconduct (stalking) in every my rights and needs.

Kevin Hampe, Esq, he only use his name as court appointed guardian. real acting G.A.L are either Albert L. Sheffer, M.D. or Don C. Bienfang, M.D. but real acting G.A.L is Albert L. Sheffer, M.D. who's interests is $680.00 per month seem too much money for this poor woman only way to control me is take away the rights I have.

Rude, insincere, unkind and unworthy  time wast by such actions to take away only right this poor woman had  $680.00 per month to take care of ill health that  I never worked when I was in korea, but here my ex-husband went school for 16 years, I had to work with ill heal and made worse. but I did as much as I could until owners said to me good-bye.

I live very simple life. no chair to seat without pain, bed table, bedding  to have basic needs I am not able to buy I dont have the money for such expensive items that have to make custom made to avoid allergens. Shoes is the same way I have to have custom made, but unable to pay other than barely eat and wear just tolerable to survive. unable to see dentist or any other type of doctor other than conventional doctors as others do.

Conclusion

James A. Goodhue and Joseph Gray made un-true statement to court July 18, 2002 Infront of Justic Jerald Alch; strictly just rent (non-payment), since I moved in never paid rent even a penny!

ABCD Housing paid $752.00 June 2000

I paid $460.00 March 2001

James A. Goodhue stated to MCAD HUD CASE # 01-03-0699-8 that Lou Malerba, former director offered her "Newly renovated unit" and rent adjustment was done accordingly by DHCD rules and regulations All need to be proved to me and courte.

Lou Malerba, former director, gave me every corner of my life to make Impossible to live with peace, only retaliations and mistreatment for 6 years.

One single accommodation given me with sympathy may gave him better luck to keep his job.

Districk of DEDHAM Case # 0254-SU0583 was invalid case because James A. Goodhue entered my legal rights as disabled person to discriminate the rights given by Goverment of the United States Lou Malerba, former director ended his job with Wellesley Housing Authority as of January 2003.

Allow such handicap person to recover damages done to my health, sufferring, sufferring and sufferring, so such brutality will stop not any more.

Oak Lee Pruu
Oak Lee Reesd
315 Weston Rd #A-3
Wellesley, MA 02482
(781) 237 - 5231