UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

<u>OAK-HEE RUESCH,</u>

      Plaintiff,

   v.         Civil Action No.  04-11166-NG

<u>JAMES A. GOODHUE, et al</u>,

      Defendants.

ORDER ON APPLICATION TO
PROCEED WITHOUT PREPAYMENT OF FEES

Now before the Court is plaintiff's application to proceed without prepayment of fees and affidavit under 28 U.S.C. § 1915:

The application to proceed without prepayment of fees is:

☒  GRANTED.

☐  DENIED for the following reason(s):

☐  The Clerk shall return the complaint to the undersigned for screening on the merits pursuant to 28 U.S.C. §§ 1915(e)(2) and summonses shall NOT issue pending the completion of screening on the merits.

☒  It is FURTHER ORDERED that the complaint be dismissed for the reasons stated in the accompanying memorandum.

SO ORDERED.

 6/21/04             s/ Nancy Gertner
DATE              UNITED STATES DISTRICT JUDGE