UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

OAK-HEE RUESCH,
        Plaintiff,

v.        Civil Action No.   04-11166-NG

JAMES A. GOODHUE, et al,
        Defendants.

## ORDER OF DISMISSAL

GERTNER, D.J.

In accordance with this Court's Memorandum and Order dated June 21, 2004, it is ORDERED that the within action be and it is hereby dismissed.

By the Court,

s/ Linn A. Weissman
Deputy Clerk

Date June 21, 2004

(noticeofdismissal.wpd - 12/98)    [odism.]