UNITED STATES DISTRICT COURT
DISTRICT COURT OF MASSACHUSETTS

Oak hee Ruesch
   Plaintiff

CASE NO: 00 CV 12163
CASE NO: 02 CV 12382

VS.

James A. Goodhue
Joseph Gray
   Defendants

FILED IN CLERKS OFFICE
2004 JUN 16 P 12:49
U.S. DISTRICT COURT
DISTRICT OF MASS.

Motion for Affidavit Indegency

Plaintiff Oak hee Ruesch meet economic difficulties through Dedham District Courts discrimination to sieze the Plaintiff's SSDI and SSI to make rent against Justice's order not to award James A. Goodhue, but Judge Connolly awarded against Justice Atch.

Federal Fair Housing Act [24 C.F.R. 100 — ?] Requires the housing providers to provide reasonable accommodations[for] environmentally ill people and I was denied by this highest court and others.

Please allow to recieve copies of papers I need that I am not able to pay at this point.

Oak hee Ruesch
Oak hee Ruesch #A3
315 Weston Rd
Wellesley, MA 02482, 781-237-5231