```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

OAK HEE RUESCH,                 )
         Plaintiff,             )
                                )
     v.                         )  C.A. No. 04-11166-NG
                                )
JAMES A. GOODHUE                )
and JOSEPH GRAY,                )
         Defendants.            )
```

ORDER

Plaintiff has filed a "motion for affidavit of indigency." Because I have previously granted her application to proceed without prepayment of fees, this motion is DENIED as moot.

SO ORDERED.

Dated at Boston, Massachusetts, this  24  day of  June , 2004.

                                          s/ Nancy Gertner
                                          NANCY GERTNER
                                          UNITED STATES DISTRICT JUDGE