UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Oak hee Ruesch
PLAINTIFF

VS.

Wellesley Housing Authority
Dependents

CASE NO: 00-CV-12163-NG
02-CV-12382-NG
03-CV-12036-NG
04-CV-11166-NG

APPLICATION TO PROCEED WITHOUT PAYMENT
OF FEES AND AFFIDAVIT (AO 240 (REV. 1/94)

Plaintiff Oak hee Ruesch unable to pay fees for the copies I needed due to abuser's illegal entry to my belongings to destroy and lost documents.

And financial hardship as a disabled person that Dedham District Court Justice, Lynda M. Connolly ruled as incompetent to sieze SSI and SSDI to pay the rent plaintiff has right to take granted to use medically necessary daily needs.

violating Sec. 802 (h)(i)(1)(2) and 804 (b)(c)(f)(1)(2)(B). So please allow

Oak hee Ruesch
315 Weston Rd #A3
Wellesley, MA 02482
(781) 237-5231